IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 81-352

STATE OF MONTANA,

Plaintiff and Respondent,

vs.

EDWARD LeROY "SLIM" DEARDORFF,

Defendant and Appellant.

FILED

MAY 28 1982

Thomas J Kearney
CLERK OF SUPREME COURT
STATE OF MONTANA

ORDER

PER CURIAM:

The issues raised on appeal are virtually identical to those addressed by this Court in State v. Turk (decided March 25, 1982), ____Mont.____, ____P.2d____, 39 St.Rep. 584, and those issues were resolved adversely toward the defendant.

Judgment affirmed.

_____
Justice

We concur:

_____
Chief Justice

_____

_____

_____

_____
Justices